# Ogletree Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: 214.987.3800
Facsimile: 214.987.3927
www.ogletreedeakins.com

Adam T. Dougherty
Telephone: 214.624.1164
adam.dougherty@ogletreedeakins.com

*Board Certified – Labor and Employment Law*
 *Texas Board of Legal Specialization*

December 9, 2015

*Via Email dbr@rosslawgroup.com* and *nconger@rosslawgroup.com*

Daniel B. Ross, Esq.
Nicole M. Conger, Esq.
Ross Law Group
1104 San Antonio Street
Austin, TX 78701

Re: *Stephen Coyne v. Windstream Communications;* Case No. 1:14-cv-00630-AWA in the United States District Court, for the Western District of Texas, Austin Division

Dear Counsel:

Per our recent discussions, the purpose of this letter is not for me to address the merits of Plaintiff's Motion to Compel Defendant to Respond to Discovery and Request for Additional Time to Conduct Further Discovery ("motion"). In other words, I am not going to go into detail herein regarding all of my client's substantive arguments refuting the motion e.g. including, but not limited to, that the motion was untimely and unfairly delayed, my client's valid discovery objections, and that my client has already produced certain documents identified therein, etc. As we discussed, if we are forced to file the response to the motion, we will address all of these arguments in their entirety and seek all additional relief. The purpose of this letter, instead, is to resolve the motion so that both parties do not need to undertake further briefing and to save the parties' and court's time and efforts too.

In light of the foregoing, the Company has authorized me to represent the following after it conducted good-faith, diligent searches.

1. Regarding category No. 1, Windstream does not have additional Cirrus Logic agreements/amendments other than the ones it has produced.

2. Regarding category No. 2, Windstream does not have ownership, custody or control of a document called the "Paetec Policy and Procedure Manual."

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver
Detroit Metro ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico)
Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland
Raleigh ▪ Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

Daniel B. Ross, Esq.
Nicole M. Conger, Esq.
December 9, 2015
Page 2

**Ogletree Deakins**

        Windstream has produced Paetec personnel policies and procedures of which the Company has ownership, custody or control.

3. Regarding category No. 3, Windstream has produced Paetec compensation plan documents applicable to Mr. Coyne at the time of Mr. Coyne's hire. It does not have other such documents in its ownership, custody or control.

4. Regarding category No. 4, Windstream has produced Windstream compensation plan documents applicable to Mr. Coyne. I asked you to identify the specific portions of such plan documents (if any) that you believe are missing, but I have not received that response back from you. It does not have other such documents in its ownership, custody or control.

5. Regarding category No. 5, Windstream does not have Stack Ranking Reports for CLECs after January 2012. You are in possession of the Stack Ranking Reports that Windstream has prior to that time.

6. Regarding category No. 6, Windstream does not have such recordings.

7. Regarding category No. 7, Windstream does not have such calendar information.

8. Regarding category No. 8, Windstream has already produced the PIP for Kyle Freitag. It does not have the PIP for Kim Carter.

9. Regarding categories No. 9 and 10, as conceded during our call on last Wednesday evening, the documents Plaintiff seeks in the motion to compel are not responsive to the request for production identified therein.

        Sincerely,

        Adam T. Dougherty

ATD/yeb

23185195.2