# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHEN COYNE | § | |
| | § | |
| V. | § | A-14-CV-630-AWA |
| | § | |
| WINDSTREAM COMMUNICATIONS | § | |

## ORDER

Before the Court is Plaintiff Stephen Coyne's Motion for Sanctions, Dkt. No. 43, the Defendant Windstream Communications's Response, Dkt. No. 62, and the Plaintiff's Reply, Dkt. No. 60. The Court hereby **ORDERS** the parties to appear before the undersigned at the United States Courthouse located at 501 West 5th Street, Austin, Texas, for a motions hearing on **Friday, February 19, 2016** at **10:30 a.m.**

SIGNED this 9 day of February, 2016.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE